# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: ESTATE OF JEAN F. RICHARDS, DECEASED

PETITION OF: BARBARA DEFRANCESCO

: No. 399 WAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Eakin did not participate in the consideration or decision of this matter.